1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S 2:10-0391 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | RESETTING STATUS CONFERENCE, |
| v. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| HECTOR SALAZAR-BORRAYO, | ) | |
| SERGIO MURILLO-VALENCIA, | ) | |
| FABIAN FIGUEROA-AYALA, and | ) | |
| FAUSTO DIAZ-LOZANO, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Hector Salazar-Borrayo, through his counsel of record, Jesse Garcia, defendant Sergio Murillo-Valencia, through his counsel of record, Steve E. Teich, Fabian Figueroa-Ayala, through his counsel of record, Michael D. Long, and Fausto Diaz-Lozano, through his counsel of record, Clemente M. Jimenez, hereby stipulate and agree that the status conference set for January 10,

1

2012, be continued to February 28, 2012, at 9:30 a.m.

    The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of February 28, 2012, at 9:30 a.m., for the status conference.  Accordingly, the parties stipulate that time be excluded pursuant to  Local Code T4 - additional time to prepare.
IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: January 9, 2012       By:  /s/Michael M. Beckwith
                                               MICHAEL M. BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

DATED: January 9, 2012       By:  /s/ Jesse Garcia
                                               JESSE GARCIA
                                               Attorney for Defendant
                                               HECTOR SALAZAR-BORRAYO

DATED: January 9, 2012       By:  /s/ Steve Teich
                                               STEVE TEICH
                                               Attorney for Defendant
                                               SERGIO MURILLO-VALENCIA

DATED: January 9, 2012       By:  /s/ Michael Long
                                             MICHAEL LONG
                                             Attorney for Defendant
                                             FABIAN FIGUEROA-AYALA

DATED: January 9, 2012       By:  /s/ Clemente Jimenez
                                             CLEMENTE JIMENEZ
                                             Attorney for Defendant
                                             FAUSTO DIAZ-LOZANO

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **ORDER** |
| 5 | UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is |
| 6 | hereby ordered that this matter be set for further status conference |
| 7 | as set forth above. |
| 8 | The Court finds excludable time as set forth above to and |
| 9 | including February 28, 2012. |
| 10 | **IT IS SO ORDERED.** |
| 11 | DATED: 1/9/2012 |

```
                                   /s/ John A. Mendez
_____
                                   JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE
```