```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) CR S 2:10-0391 JAM
                                 )
12                   Plaintiff,  ) STIPULATION AND ORDER
                                 ) RESETTING CHANGE OF PLEA HEARING
13       v.                      ) AND EXCLUDING TIME UNDER THE
                                 ) SPEEDY TRIAL ACT
14                               )
    HECTOR SALAZAR-BORRAYO,      )
15                               )
                                 )
16                   Defendant.  )
    _____)
17
```

18    The United States of America, through its counsels of record,
19 Benjamin B. Wagner, United States Attorney for the Eastern District
20 of California, and Michael M. Beckwith, Assistant United States
21 Attorney, defendant Hector Salazar-Borrayo, through his counsel of
22 record, Jesse J. Garcia, hereby stipulate and agree that the Change
23 of Plea Hearing set for April 10, 2012, be continued to April 24,
24 2012 at 9:30 a.m., and that the time beginning April 10, 2012, and
25 extending through April 24, 2012, be excluded from the calculation
26 of time under the Speedy Trial Act. 18 U.S.C. § 3161.
27 The exclusion of time is appropriate due to the defense counsels
28 need to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code

1

T4. A continuance is necessary in this case to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 10, 2012     By: /s/Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

DATED: April 10, 2012     By: /s/ Jesse J. Garcia
                              JESSE J. GARCIA
                              Attorney for Defendant
                              HECTOR SALAZAR-BORRAYO

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for Change of Plea Hearing as set forth above.

The Court finds excludable time as set forth above to and including April 24, 2012.

**IT IS SO ORDERED.**

DATED: 4/10/2012

/s/ John A. Mendez
_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE