```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ROBERTO BERMUDEZ-ORNALES
6
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

```
11  UNITED STATES OF AMERICA,      )  No. CR-S 10-391 JAM
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER RESETTING
13       v.                        )  J&S
                                   )
14  ROBERTO BERMUDEZ ORNALES       )  Date   AUG. 7, 2012
                Defendants.        )  Time:  9:30 a.m.
15                                 )  Judge: Hon. MENDEZ
    _____)
16                                 )
```

17       **IT IS HEREBY STIPULATED** by and between Assistant United States
18  Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L.
19  Santos, Counsel for Defendant Roberto Bermudez that the date set for
20  Judgment and Sentence scheduled for May 22, 2012,be vacated and the
21  matter be continued to this Court's criminal calendar on August 7,
22  2012,at 9:30 a.m. for judgement and sentence.
23       This continuance is requested by both parties to finalize
24  potential sentencing recommendations that the government will make for
25  Mr. Bermudez Ornales.
26       The Court is advised that all counsel have conferred about this
27  request, that they have agreed to the August 7, 2012 date, and that Mr.
28  Beckwith has authorized Ms. Santos to sign this stipulation on his

behalf.

**IT IS SO STIPULATED.**

Dated: May 18, 2012          /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Roberto Bermudez-Ornales


Dated: May 18, 2012          /S/ Michael Beckwith
                             MICHAEL BECKWITH
                             Assistant United States Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

       By the Court,

Dated: MAY 18, 2012          /s/ John A.Mendez
                             Hon. JOHN A MENDEZ
                             United States District Judge